UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:16-cv-2683-KJN<br><br><br>ORDER AND<br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff, proceeding with the assistance of counsel, initially commenced this social security action on November 12, 2016. (ECF No. 1.) Pursuant to the court's November 17, 2016 scheduling order, plaintiff was required to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. (ECF No. 6.) On March 14, 2017, the Commissioner lodged the administrative record and served it on plaintiff by U.S. mail. (ECF Nos. 11, 12.) Accordingly, plaintiff was required to file a motion for summary judgment and/or remand by no later than April 28, 2017. However, as of the date of this order, plaintiff has not yet filed a motion for summary judgment.

　　　　The court's November 17, 2016 scheduling order in this matter expressly states that failure to adhere to scheduling deadlines "may result in sanctions, including dismissal. L.R. 110. Plaintiff has an affirmative duty to prosecute this action, and failure to do so may result in a

1

dismissal for lack of prosecution. Fed. R. Civ. P. 41(b). Requests to modify this order must be made by written motion." (ECF No. 6 at 3-4.)

Accordingly, within fourteen (14) days of this order, plaintiff shall show cause in writing why this case should not be dismissed for lack of prosecution and failure to comply with court orders. Failure to timely file the required writing will result in a recommendation that this action be dismissed. See Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (recognizing that a court may dismiss an action pursuant to Federal Rule of Civil Procedure 41(b) *sua sponte* for a plaintiff's failure to prosecute or comply with the rules of civil procedure or the court's orders).

Furthermore, the court notes that plaintiff has not yet indicated whether or not she consents to the jurisdiction of the magistrate judge for all purposes. Therefore, plaintiff is directed to file a brief statement indicating whether or not she consents to the jurisdiction of a United States magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c). Importantly, plaintiff is under no obligation to so consent – plaintiff's designation merely assists the court in determining how the case should be administratively processed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of the date of this order, plaintiff shall show cause in writing why this action should not be dismissed based on plaintiff's failure to file a motion for summary judgment and prosecute this case.

2. Within fourteen (14) days of the date of this order, plaintiff shall file a motion for summary judgment that meets the requirements of the court's November 17, 2016 scheduling order.

3. Within fourteen (14) days of the date of this order, plaintiff shall file a brief statement indicating whether or not she consents to the jurisdiction of a United States magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c).

4. Failure to timely respond to the order to show cause and to timely file a motion for summary judgment may result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

5. The Clerk of Court shall serve another copy of the court's November 17, 2017 scheduling order (ECF No. 4) on plaintiff along with a copy of this order.

IT IS SO ORDERED.

Dated: May 12, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE