UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERIE DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No. 2:16-cv-2683-KJN<br><br><br>ORDER |

On May 12, 2017, this court issued an order to show cause due to the plaintiff's failure to timely file a motion for summary judgment and/or remand. (ECF No. 13.) On May 26, 2017, plaintiff filed a response to the order to show cause and a motion for summary judgment. (ECF Nos. 16, 17.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for summary judgment is deemed filed.
2. This courts' May 12, 2017 order to show cause is discharged.

　　IT IS SO ORDERED.

Dated: May 31, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1